

AARON R. EASLEY<br>
Direct: (908) 237-1660<br>
aeasley@sessions.legal

July 5, 2022

Honorable Beryl A. Howell
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: **Von Maurice Super v. Convergent Outsourcing, Inc.**
**USDC District of Columbia Case No.: 1:22-cv-01274-BAH**

Dear Judge Howell:

    Sessions, Israel & Shartle, LLC represents Convergent Outsourcing, Inc. in the above matter. Currently, the parties are to provide the Court with a Joint Meet and Confer Report by July 15, 2022.

    This letter serves as the undersigned's request that the parties be permitted to provide the Court with the Joint Meet and Confer Report by July 28, 2022. The impetus for this request is that the undersigned will be out of the office from July 7 through July 18.

Respectfully submitted,

Aaron R. Easley, Esq.